FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:09 am, Nov 12, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

ROBERT CHARLES HOUSTON,

        Plaintiff,

    v.

CHRIS WILLIAMS,

        Defendant.

CIVIL ACTION NO.: 6:18-cv-101

## O R D E R

    This matter is before the Court on Defendant's Motion to Dismiss.  Doc. 16.  A motion to dismiss is dispositive in nature, meaning that granting a motion to dismiss could result in the dismissal of individual claims or an entire action.  Consequently, the Court is reluctant to rule on the Motion to Dismiss without providing Plaintiff an opportunity to respond or advising Plaintiff of the consequences for failing to respond.[1]

    Accordingly, the Court **ORDERS** Plaintiff to file a response either opposing or indicating his lack of opposition to Defendant's Motion to Dismiss within **14 days** of the date of this Order.  **If Plaintiff fails to file a timely response, the Court will presume Plaintiff does not oppose the Motion and may dismiss individual claims or the entire action.**  See Local R. 7.5 ("Failure to respond . . . shall indicate that there is no opposition to a motion.").

---

[1]    Granting a motion to dismiss without affording a plaintiff either notice or an opportunity to be heard is disfavored.  Tazoe v. Airbus S.A.S., 631 F.3d 1321, 1336–37 (11th Cir. 2011); see also Neitzke v. Williams, 490 U.S. 319, 329–30 (1989) (A notice of a motion to dismiss "alert[s plaintiff] to the legal theory underlying the defendant's challenge" and enables him to meaningfully respond "by opposing the motion to dismiss on legal grounds or by clarifying his factual allegations so as to conform with the requirements of a valid legal cause of action.").

To ensure Plaintiff's response is made with fair notice of the requirements of the Federal Rules of Civil Procedure regarding motions to dismiss generally, the Court **DIRECTS** the Clerk of Court to provide a copy of Federal Rules of Civil Procedure 12 and 41 when serving this Order upon Plaintiff.

**SO ORDERED**, this 12th day of November, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA